**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 98-40667
Summary Calendar
_____

MICHAEL J. FRISCHENMEYER,

Plaintiff-Appellant,

versus

CASSANDRA WOOD ET. AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-964
- - - - - - - - - -

July 14, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael J. Frischenmeyer, Texas prisoner no. 698940, appeals the magistrate judge's order dismissing, as frivolous, his 42 U.S.C. § 1983 and § 1985 prisoner civil rights suit. We affirm for substantially the reasons stated by the magistrate judge. Frischenmeyer v. Wood, 6:97-CV-964 (E.D. Tex. May 5, 1998).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.